AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Robert Jackson | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-05037 |
| American Civil Liberties Union, Inc., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Robert Jackson.

Date: 07/11/2022

/s/ Annabel R. Stanley
*Attorney's signature*

Annabel R. Stanley #5912506
*Printed name and bar number*

Faruqi & Faruqi, LLP
385 Third Avenue, 26th Floor
New York, NY 10017
*Address*

astanley@faruqilaw.com
*E-mail address*

(212) 983-9330
*Telephone number*

(212) 983-9331
*FAX number*