UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT JACKSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN CIVIL LIBERTIES UNION, INC. and LUCIA TIAN, in her individual and professional capacities,<br><br>　　　　　　Defendant. | Case No.: 1:21-cv-05037-JPO |

## DECLARATION OF ANNABEL R. STANLEY

Pursuant to 28 U.S.C. § 1746, ANNABEL R. STANLEY, being duly sworn, deposes and says:

1. I am an Associate at Faruqi & Faruqi, LLP, counsel of record for Plaintiff Robert Jackson ("Plaintiff") in the above-captioned action against Defendants American Civil Liberties Union, Inc. and Lucia Tian.

2. I submit this declaration in support of Plaintiff's motion to withdraw as counsel of record for Plaintiff pursuant to Local Rule 1.4.

3. My employment with Faruqi & Faruqi, LLP (the "Firm") will end on March 17, 2023, and I will no longer be involved with the above-captioned action thereafter.

4. Faruqi & Faruqi, LLP will continue its representation of Plaintiff in this matter, through counsel of record Alex J. Hartzband and Taylor Crabill.

5. I am not asserting any retaining or charging liens against any party.

2

6.      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

| | |
|---|---|
| Dated: March 16, 2023<br>New York, New York | */s/ Annabel R. Stanley*<br>Annabel R. Stanley |