UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT JACKSON,

                Plaintiff,

           -v-

AMERICAN CIVIL LIBERTIES
UNION, INC., *et al.*

                Defendants.

21-CV-5037 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has considered the parties' letters regarding discovery at ECF Nos. 46, 52, 54, 56, and 58. The pre-motion conference requirement is waived. Upon due consideration, the Court rules as follows:

    1. With respect to custodians other than Mr. Romero, Plaintiff's motion to compel is denied as moot. With respect to Mr. Romero's communications, Plaintiff's motion to compel is denied as not proportional to the needs of the case and not likely to lead to responsive documents.

    2. With respect to the data analyst and technical skills test information, Plaintiff's motion to compel is denied as overbroad and not proportional to the needs of the case.

    3. Plaintiff's motion to compel production of documents regarding the work study project is denied as irrelevant and not proportional to the needs of the case.

    4. With respect to the "Amber – RJ Retrospective," Plaintiff's motion to compel is denied as moot.

    5. Defendants' motion to compel Plaintiff to attend his Rule 35 independent medical examination (IME) is granted. Plaintiff shall attend the IME in person, without others present,

without videorecording, and without other restriction except that the IME shall be limited to a total of 6 hours.

6. The deadline for expert discovery is extended to August 4, 2023.

7. The parties shall file a joint status letter by August 18, 2023, which shall address (1) whether the parties wish to be referred at that time for a settlement conference before Magistrate Judge Ona Wang or to the Court's mediation program; (2) proposed deadlines for summary judgment briefing if any party intends to move for summary judgment; and (3) if no motion for summary judgment is contemplated, proposed dates for a jury trial in the next nine months.

The Clerk of Court is directed to close the motions at ECF Nos. 46, 54, and 58.

SO ORDERED.

Dated: May 22, 2023
New York, New York

_____
J. PAUL OETKEN
United States District Judge