UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT JACKSON,<br><br>                    Plaintiffs,<br><br>v.<br><br>AMERICAN CIVIL LIBERTIES UNION, INC. and LUCIA TIAN, in her individual and professional capacities,<br><br>                    Defendant. | Case No.: 1:21-cv-05037-JPO |

### DECLARATION OF ALEX J. HARTZBAND

Pursuant to 28 U.S.C. § 1746, Alex J. Hartzband, being duly sworn, deposes and says:

1. I am a Partner at Faruqi & Faruqi, LLP, counsel of record for Plaintiff in the above-captioned action against Defendants.

2. I submit this declaration in support of Plaintiff's motion to withdraw as counsel of record for Plaintiff, pursuant to Local Rule 1.4.

3. My employment with Faruqi & Faruqi, LLP will end on June 16, 2023, and I will no longer be involved with the above-captioned action thereafter.

4. Faruqi & Faruqi, LLP will continue its representation of Plaintiff in this matter, through remaining counsel of record Taylor J. Crabill.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: June 15, 2023                          */s/ Alex J. Hartzband*
       New York, New York                      Alex J. Hartzband

1