UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT JACKSON,

                      Plaintiff,

-v-

AMERICAN CIVIL LIBERTIES UNION, INC., *et al.*,

                      Defendants.

21-CV-5037 (JPO)

ORDER OF REFERENCE
TO MAGISTRATE JUDGE

J. PAUL OETKEN, District Judge:

The above entitled action is referred to the Honorable Ona T. Wang, United States Magistrate Judge, for the following purpose(s):

\_\_\_\_\_ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

\_\_\_\_\_ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

\_\_\_\_\_ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

\_\_\_\_\_ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute)
_____

\_\_\_\_\_ HABEAS CORPUS

\_\_\_\_\_ INQUEST AFTER DEFAULT / DAMAGES HEARING

\_\_\_\_\_ SOCIAL SECURITY

__X__ SETTLEMENT

\_\_\_\_\_ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial)

\_\_\_\_\_ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF
_____

The parties are directed to confer with each other and with the magistrate judge to determine the most fruitful time to hold the settlement conference.

SO ORDERED.

Dated: November 16, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge