**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

ROBERT JACKSON,

          Plaintiff,

       -against-

AMERICAN CIVIL LIBERTIES UNION, INC., et al.,

          Defendants.

------------------------------------------------------------x

21-CV-5037 (JPO) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Pre-Settlement Conference Scheduling Call on Tuesday, December 19, 2023 at 3:00 p.m.** The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

                                                                 _s/ Ona T. Wang_

Dated: November 21, 2023                        **Ona T. Wang**
       New York, New York                    United States Magistrate Judge