

950 Third Avenue · Fourteenth Floor
New York, NY 10022

Telephone (212) 644-1010
Facsimile (212) 909-3523

Tamanna Rubya
Direct Dial: (212) 909-0726
Direct Fax: (212) 909-3526
Rubya@kmm.com

New York
Los Angeles
www.kmm.com

December 11, 2023

**Via ECF**

The Honorable J. Paul Oetken
United States Courthouse
500 Pearl Street, Room 2101
New York, NY 10007

      Re:    *Jackson v. American Civil Liberties Union, et al.*
               Case No. 1:21-cv-05037-JPO

Dear Judge Oetken:

     We represent Defendants in the above-captioned action. We submit this letter motion to respectfully request a brief, three-day extension until Friday, December 15, 2023 to file a response to Plaintiff's letter motion to compel expert discovery and payment of expert fees, currently due on Tuesday, December 12, 2023.

     This is Defendants' first request for an extension of this deadline and Plaintiff consents to this request.

     Thank you for your consideration in this matter.

                                           Respectfully submitted,

                                           KAUFF MCGUIRE & MARGOLIS LLP

                                           */s/ Tamanna Rubya*
                                           Tamanna Rubya

cc:    All Counsel of Record (via ECF)