**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ROBERT JACKSON,

                Plaintiff,                              21-CV-5037 (JPO) (OTW)

            -against-                              **SCHEDULING ORDER**

AMERICAN CIVIL LIBERTIES UNION, INC., et al.,

                Defendants.
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Pre-Settlement Conference Call on Tuesday, December 19, 2023. The Court will hold a follow-up **Pre-Settlement Conference Call on Wednesday, January 10, 2024 at 3:00 p.m. Defense counsel is directed to call in at 3:00 p.m. Plaintiff's counsel is directed to call in at 3:30 p.m. Prior to January 10, 2024**, the parties are directed to meet and confer regarding whether further settlement discussions would be productive at this time. The dial in information is (866) 390-1828, access code 1582687.

        SO ORDERED.

Dated: December 19, 2023
       New York, New York

                                                            _s/ Ona T. Wang_
                                                            **Ona T. Wang**
                                                            United States Magistrate Judge