**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ROBERT JACKSON,

                Plaintiff,                    21-CV-5037 (JPO) (OTW)

                -against-                   **SCHEDULING ORDER**

AMERICAN CIVIL LIBERTIES UNION, INC., et al.,

                Defendants.
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Pre-Settlement Conference Call on Wednesday, January 10, 2024. The parties are directed to meet and confer, and file a letter **by Wednesday, January 17, 2024,** regarding possible dates for an in-person settlement conference. The possible dates are February 14th or 15th, or March 19th, 20th or 21st. The Court schedules settlement conferences for either 10:00 a.m. or 2:00 p.m.

      **SO ORDERED.**

                                                 _/s/ Ona T. Wang_
Dated: January 10, 2024                              **Ona T. Wang**
      New York, New York                     United States Magistrate Judge