

950 Third Avenue · Fourteenth Floor
New York, NY 10022

Telephone (212) 644-1010
Facsimile (212) 909-3523

TAMANNA RUBYA
Direct Dial: (212) 909-0726
Direct Fax: (212) 909-3526
Rubya@kmm.com

New York
Los Angeles
www.kmm.com

January 17, 2024

**VIA ECF**

The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
500 Pearl Street, Courtroom 20D
New York, NY 10007

      Re:    *Jackson v. American Civil Liberties Union, et al.*
                Case No. 1:21-cv-05037-JPO

Dear Judge Wang:

      We represent Defendants in the above-captioned action. Pursuant to Your Honor's January 10, 2024 Order (*see* dckt. entry no. 76), we submit this letter, jointly with counsel for Plaintiff, regarding possible dates for an in-person settlement conference.

      Your Honor's January 10, 2024 Order proposed February 14th or 15th, or March 19th, 20th or 21st as dates for the conference. Of those dates, all parties and counsel are available on March 19th, 20th or 21st, with the exception of Defendant Lucia Tian, who is required to be out-of-town that week for a work matter.

      We anticipate that other scheduling conflicts will make it difficult to find a potential date in April. Therefore, the parties propose that the Court hold the in-person settlement conference on March 19th, 20th or 21st (10:00 a.m. preferred, but the parties are also available for a 2:00 p.m. slot), and permit Defendants to consult with Ms. Tian via phone during the conference.

      Thank you for your consideration in this matter.

                                                          Very truly yours,

                                                          */s/ Tamanna Rubya*
                                                          Tamanna Rubya

cc:    All Counsel of Record (via ECF)

4864-0829-6862.1