UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

ROBERT JACKSON,

      Plaintiff,        21-CV-5037 (JPO) (OTW)

    -against-          **SCHEDULING ORDER**

AMERICAN CIVIL LIBERTIES UNION, INC., et al.,

      Defendants.

-----------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of the parties' letter. (ECF 77). It is **ORDERED** that an in-person Settlement Conference will be held on **Thursday, March 21, 2024 at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Defendants' request to consult with Ms. Tian via phone during the conference is **GRANTED**.

Counsel shall review and comply with the Court's Individual Rules of Practice in Civil Cases § V upon receipt of this Scheduling Order. It is further **ORDERED** that the parties' Ex Parte Settlement Conference Summary Forms and Letters shall be submitted **by Thursday, March 14, 2024**.

**SO ORDERED.**

Dated: January 19, 2024
   New York, New York

                _/s/ Ona T. Wang_
                 **Ona T. Wang**
              United States Magistrate Judge