

NEW YORK    CALIFORNIA    GEORGIA    PENNSYLVANIA

**Taylor J. Crabill**
tcrabill@faruqilaw.com

March 27, 2024

**VIA ECF**

The Honorable J. Paul Oetken
U.S. District Court – S.D.N.Y.
40 Foley Square
New York, New York 10007

    Re:    *Jackson v. American Civil Liberties Union, Inc., et al.*, No. 21-cv-5037(JPO)

Dear Judge Oetken:

    We represent Plaintiff Robert Jackson and write jointly with Defendants to inform the Court that the parties were unable to resolve this action during a settlement conference before the Honorable Ona T. Wang on March 21, 2024.  *See* ECF No. 78.  The parties will now move forward with briefing Defendants' anticipated motion to dismiss pursuant to the following schedule set by the Court: (i) Defendants' moving papers due by May 10, 2024, (ii) Plaintiff's opposition due by June 24, 2024, and (iii) Defendants' reply due by July 15, 2024.  *See* ECF No. 66.

    We thank the Court for its time and attention to this matter.

    Respectfully submitted,

    Taylor J. Crabill

Cc:    Counsel of Record (*via* ECF)