



71-01 Austin Street
Forest Hills, NY 11375
727-335-1030
crabilllawfirm.com

**Taylor J. Crabill**
tcrabill@crabilllawfirm.com

June 25, 2024

<u>**VIA ECF**</u>

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>*Jackson v. American Civil Liberties Union, Inc., et al.*, No. 21-cv-5037(JPO)</u>

Dear Judge Oekten:

    We represent Plaintiff Robert Jackson in this action and write pursuant to Rule 2(E) of Your Honor's Individual Rules to respectfully request permission to file the following documents under seal in connection with Defendants' Motion for Summary Judgement (see ECF Nos. 85-91): (i) Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss, (ii) Plaintiff's Local Rule 56.1 Counterstatement of Facts, and (iii) the Declaration of Taylor J. Crabill in Opposition to Defendants' Motion for Summary Judgment.

    We thank the Court for its time and attention to this matter.

                        Respectfully Submitted,

                        Taylor J. Crabill