

950 THIRD AVENUE • FOURTEENTH FLOOR
NEW YORK, NY 10022

TAMANNA RUBYA
DIRECT DIAL: (212) 909-0726
DIRECT FAX: (212) 909-3526
RUBYA@KMM.COM

TELEPHONE (212) 644-1010
FAX (212) 644-1936

NEW YORK
LOS ANGELES
WWW.KMM.COM

October 29, 2024

**Via ECF**
The Honorable J. Paul Oetken
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Jackson v. American Civil Liberties Union, et al.*
                Case No. 1:21-cv-05037-JPO

Dear Judge Oetken:

      As counsel to Defendants, we write in response to Your Honor's October 24, 2024 Order for Defendants to file a letter directing the Court to a source for the following quotations referenced in Defendants' memorandum of law supporting summary judgment: "'had a tendency to shut [him] down, particularly around issues of race' (Mem. at 25); 'discuss race and other matters as freely as they would like' (*id*.); and 'juxtaposing [his] experience'" (*id*. at 26). (*See* docket entry no. 108).

      As mentioned during the parties' October 25, 2024 telephonic conference, these quotes can be found in part 2 of Plaintiff's deposition transcript, attached under seal as Exhibit A, which Defendants inadvertently omitted from their motion for summary judgment. Please note that pagination for part 2 of Plaintiff's deposition does not continue from part 1 of Plaintiff's deposition.

      Thank you for your attention to this matter.

                                      Respectfully submitted,

                                      */s/ Tamanna Rubya*
                                      Tamanna Rubya

Attachments

cc:    All Counsel of Record (via ECF)

4875-4445-0547.2