UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT JACKSON,

                Plaintiff,

-v-

AMERICAN CIVIL LIBERTIES UNION, INC., *et al.*,

                Defendants.

21-CV-5037 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The trial in this case is hereby scheduled to begin on **Tuesday, February 18, 2025, at 9:30 am**. Jury selection and the trial will take place in Courtroom 706, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The parties shall confer and file a joint pretrial order no later than **January 27, 2025**. The joint pretrial order must comply with this Court's Individual Rules and Practices.

Any motions in limine, proposed jury instructions, and proposed voir dire questions shall also be filed by **January 27, 2025**. Oppositions to motions in limine shall be filed by **February 3, 2025**.

The final pretrial conference shall be held on **February 10, 2025, at 10:00 am**.

Counsel for the parties shall jointly submit a letter by November 26, 2024, indicating the estimated length of trial.

SO ORDERED.

Dated: November 19, 2024
       New York, New York

                                              J. PAUL OETKEN
                                              United States District Judge