UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT JACKSON,<br><br>                    Plaintiff,<br><br>- against -<br><br>AMERICAN CIVIL LIBERTIES UNION, INC. and LUCIA TIAN, in her individual and professional capacity,<br><br>                    Defendants. | 21 Civ. 05037<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Edwar Estrada of the firm Kauff McGuire & Margolis LLP, hereby appears on behalf of Defendants American Civil Liberties Union, Inc., and Lucia Tian, in her individual and professional capacity in the above-captioned matter.

Dated:  New York, New York
        November 25, 2024

                                        KAUFF McGUIRE & MARGOLIS LLP

                                        By:    /s/ *Edwar Estrada*
                                               Edwar Estrada

                                        950 Third Avenue, Fourteenth Floor
                                        New York, NY 10022
                                        Tel. (212) 644-1010
                                        Fax. (212) 644-1936
                                        estrada@kmm.com

                                        *Attorneys for Defendants*

1

4912-1431-5008.1