

**KM&M**

KAUFF McGUIRE & MARGOLIS LLP

950 THIRD AVENUE · FOURTEENTH FLOOR
NEW YORK, NY 10022

TELEPHONE (212) 644-1010
FACSIMILE (212) 909-3523

TAMANNA RUBYA
DIRECT DIAL: (212) 909-0726
DIRECT FAX: (212) 909-3526
Rubya@kmm.com

NEW YORK
LOS ANGELES
WWW.KMM.COM

November 26, 2024

**Via ECF**

The Honorable J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 2101
New York, NY 10007

Re: *Jackson v. American Civil Liberties Union, et al.*
Case No. 1:21-cv-05037-JPO

Dear Judge Oetken:

We represent Defendants in the above-captioned action. We write, jointly with Plaintiff, in response to Your Honor's Order dated November 19, 2024, directing counsel for the parties to submit a joint letter indicating the estimated length of trial.

Counsel for the parties have conferred and we anticipate the length of the trial to be eight (8) days.

Thank you for your consideration in this matter.

Respectfully submitted,

KAUFF MCGUIRE & MARGOLIS LLP

*/s/ Tamanna Rubya*
Tamanna Rubya

cc: All Counsel of Record (via ECF)

4934-1594-4448.1