



71-01 Austin Street
Forest Hills, NY 11375
727-335-1030
crabilllawfirm.com

**Taylor J. Crabill**
tcrabill@crabilllawfirm.com

January 8, 2025

<u>**VIA ECF**</u>

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>*Jackson v. American Civil Liberties Union, Inc., et al.*, No. 21-cv-5037(JPO)</u>

Dear Judge Oetken:

      We represent Plaintiff Robert Jackson and write jointly with Defendants to inform the Court that the parties have reached an agreement to resolve the above-referenced action and to respectfully request that the Court stay this action while the parties work to finalize resolution. After resolution is finalized, Plaintiff will make an application to voluntary dismiss this action.

      Please let us know if the Court requires any additional information. We thank the Court for its time and attention to this matter.

                                      Respectfully Submitted,

                                      Taylor J. Crabill

cc:    Counsel of Record (via ECF)