UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT JACKSON,

                    Plaintiff,

-v-

AMERICAN CIVIL LIBERTIES
UNION, INC., *et al.*,

                    Defendant.

21-CV-5037 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and subject to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty days.

    All filing deadlines, conference dates, and the trial are adjourned *sine die*. The Clerk of Court is directed to terminate the motion at ECF No. 117.

    SO ORDERED.

Dated: January 8, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge